No. 87–512. BERRY'AN v. HUGHES AIRCRAFT CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 87–520. HANCICH v. GOPOIAN ET AL. C. A. 2d Cir. Certiorari denied.

No. 87–524. RUDOLPH v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 87–538. SIMPSON ET AL. v. LOUISVILLE AND JEFFERSON COUNTY METROPOLITAN SEWER DISTRICT. Sup. Ct. Ky. Certiorari denied.

No. 87–540. GENERAL ADMINISTRATION OF CIVIL AVIATION OF THE PEOPLES REPUBLIC OF CHINA v. BARKANIC, PERSONAL REPRESENTATIVE OF THE ESTATE OF BARKANIC, ET AL. C. A. 2d Cir. Certiorari denied.

No. 87–541. DANBURY, INC. v. OLIVE, DIRECTOR, BUREAU OF INTERNAL REVENUE, GOVERNMENT OF THE VIRGIN ISLANDS. C. A. 3d Cir. Certiorari denied.

No. 87–546. UNITED AUTO WORKERS, LOCAL 422 v. TOSTI. Sup. Jud. Ct. Mass. Certiorari denied.

No. 87–547. STATE DEPARTMENT OF SOCIAL AND REHABILITATION SERVICES OF KANSAS v. AMERICARE PROPERTIES, INC., DBA RUSSELL KARE CENTER ET AL. Sup. Ct. Kan. Certiorari denied.

No. 87–550. HORWITZ v. BOARD OF MEDICAL EXAMINERS OF COLORADO ET AL. C. A. 10th Cir. Certiorari denied.

No. 87–552. LARY v. ANSARI ET AL. C. A. 11th Cir. Certiorari denied.

No. 87–556. LEIGHTON v. UNIROYAL, INC., ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 87–558. HENN ET AL. v. NATIONAL GEOGRAPHIC SOCIETY. C. A. 7th Cir. Certiorari denied.